**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 17 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JESUS REYES-LIZARRAGA, <br><br> Defendant-Appellant. | Nos. 16-10353 <br>       16-10354 <br><br> D.C. Nos. 4:16-cr-00292-CKJ-LAB <br>       4:12-cr-02573-CKJ-LAB <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted July 11, 2017[**]

Before:     CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

In these consolidated appeals, Jesus Reyes-Lizarraga appeals the 28-month

sentence imposed following his guilty-plea conviction for reentry of a removed

alien, in violation of 8 U.S.C. § 1326, and the four-month consecutive sentence

imposed upon revocation of supervised release. We have jurisdiction under 28

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

U.S.C. § 1291, and we affirm.

Reyes-Lizarraga contends that his aggregate sentence is substantively unreasonable because the district court failed to give sufficient weight to the 2016 amendments to the illegal reentry guideline, U.S.S.G. § 2L1.2, which were promulgated but not effective at the time of his sentencing. The record reflects that the court took account of the pending changes to the guideline and granted a significant downward variance. The court did not abuse its discretion in determining that a further downward variance was unwarranted in light of the 18 U.S.C. §3553(a) factors and the totality of the circumstances, including Reyes-Lizarraga's significant immigration history. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *see also United States v. Ruiz-Apolonio*, 657 F.3d 907, 918 (9th Cir. 2011) ("That the Commission has promulgated a not-yet-adopted amendment that is very likely to be adopted and that would result in reduced Guidelines ranges does not render a district court's failure to grant a variance substantively unreasonable.").

**AFFIRMED.**